IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY a/s/o KOONS OF TYSONS CORNER, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, <br><br> Defendant. | CIVIL ACTION <br> NO. 23-4190 |

## ORDER

**AND NOW**, this 6th day of August 2024, upon consideration of Defendant's Motion to Change Venue (Doc. No. 9) and in accordance with the Court's Opinion issued on this date, it is **ORDERED** that the Motion to Change Venue (Doc. No. 9) is **GRANTED**. The Clerk of Court shall transfer this case to the Eastern District of Virginia.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.